

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIB DRAME,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY,<br><br>Respondent. | Case No.:  26-cv-1754-RSH-JLB<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[**ECF No. 2] |

On March 18, 2026, petitioner Akib Drame filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argued that his detention has become prolonged under *Zadvydas v. Davis*, 533 U.S. 678 (2001). *Id.* at 1. Petitioner did not pay the filing fee or move to proceed in forma pauperis ("IFP"), and accordingly, the Court set a deadline for Petitioner to either pay the fee or file an IFP motion. ECF No. 5.

On March 25, 2026, Respondents filed a notice advising that Petitioner has been removed from the United States. ECF No. 8. Petitioner's removal renders moot his contention that his immigration detention has become unduly prolonged. Accordingly, the Petition is **DISMISSED** as moot.

//

1

In light of this disposition, the Petitioner's motion to appoint counsel [ECF No. 2] is also **DENIED** as moot. The Clerk of Court is directed to close the case.

   **IT IS SO ORDERED**.

Dated: March 25, 2026

_____
Hon. Robert S. Huie
United States District Judge